SUSAN FALCON             *       NO. 2024-CA-0113

VERSUS                    *       COURT OF APPEAL

CINDY BADINGER          *       FOURTH CIRCUIT

                                  *       STATE OF LOUISIANA

                                  *

                                  *

* * * * * * *

DNA    **ATKINS, J., CONCURS IN THE RESULT.**